1  David M. Poore, SBN 192541
   Scott A. Brown, SBN 177099
2  BROWN | POORE LLP
   1350 Treat Blvd., Suite 420
3  Walnut Creek, California 94597
   Telephone:   (925) 943-1166
4  Facsimile:   (925) 955-8600
   dpoore@bplegalgroup.com
5
   Attorneys for Plaintiff
6  IVETTE RIVERA

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | | |
|---|---|---|
| 13 | IVETTE RIVERA, | **Case No. 3:16-cv-04959 WHO** |
| 14 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTIONS TO DISMISS AND SANCTIONS** |
| 15 | v. | |
| 16 | | |
| 17 | AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, LOCAL 444, | Judge:  Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |
| 18 | Defendant. | |
| 19 | | |

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the parties to this action, Plaintiff IVETTE RIVERA and Defendant AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, LOCAL 444 ("Local 444"), hereby stipulate to continue the existing hearing date, June 7, 2017, at 2:00 p.m., on Defendant Local 444's Motion to Dismiss and Sanctions (Doc. No. 25) and Motion for Sanctions (Doc. No. 29), to June 28, 2017, at 2:00 p.m. |

There exists good cause in which to grant this stipulation as Plaintiff's lead trial counsel, David M. Poore, will be on a pre-paid vacation out of state, with limited access to phone and email, from June 7, 2017, to June 16, 2017. The parties have met and conferred, and consulted with the Court's clerk about an appropriate hearing date, and all parties stipulate to a hearing date on June 28th.

The parties are not making this request for the purpose of any undue delay, and no party would suffer any prejudice if this stipulation was granted.

IT IS HEREBY STIPULATED between the parties that the hearing date set for June 7, 2017, at 2:00 p.m., be continued to June 28, 2017, at 2:00 p.m.

SO STIPULATED.

Dated: May 23, 2017          WEINBERG, ROGER & ROSENFELD

                                                                                                  *//s// Emily Rich*
                                                                                                  EMILY RICH
                                                                                                  Attorneys for Defendant LOCAL 444

Dated: May 23, 2017          BROWN | POORE LLP

                                                                                                  *//s// David M. Poore*
                                                                                                  DAVID M. POORE
                                                                                                  Attorneys for Plaintiff IVETTE RIVERA

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: May 23, 2017   By:   */s/David M. Poore*
DAVID M. POORE
Attorney for Plaintiff

# [PROPOSED] ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED. There exists good cause in which to continue the hearing date on Defendant's Motion to Dismiss and Sanctions (Doc. No. 25) and Motion for Sanctions (Doc. No. 29), due to the unavailability of Plaintiff's lead trial counsel on a pre-paid vacation.

IT IS HEREBY ORDERED that the hearing date of June 7, 2017, be continued to June 28, 2017, at 2:00 p.m., in Courtroom 2, 17th Floor.

SO ORDERED.

Dated: June 2, 2017

_____
UNITED STATES DISTRICT COURT